UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| QG ENTERPRISES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-154-DCP |
| | ) | |
| BANK OF AMERICA, NATIONAL | ) | |
| ASSOCIATION, and | ) | |
| MACKIE, WOLF, ZIENTZ & MANN, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 8].

It has come to the Court's attention that Plaintiff, through no fault of its own, is no longer represented by counsel in this matter and is proceeding pro se. Given that Plaintiff is an entity, the Court has concerns whether this matter can proceed on the merits. *See Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney.").

The Court finds that the best course of action is to allow Plaintiff forty-five (45) days, from entry of this Order, to obtain new counsel. Accordingly, the Clerk **SHALL** terminate Attorney Keith Edmiston as counsel of record for Plaintiff in this case and update the docket to reflect the following address: 1209 Orange Street, Wilmington, Delaware, 19801. The Court also directs the

Clerk to send the instant Order to Chris Gibbs at the following email address: chris@theflmgroup.com.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge