UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| QG ENTERPRISES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-CV-154-DCP |
| BANK OF AMERICA, NATIONAL ASSOCIATION, and MACKIE, WOLF, ZIENTZ & MANN, P.C., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 8].

Now before the Court is a Motion [Doc. 31], filed by Plaintiff's managing member, Christopher Gibbs. By way of background, on May 31, 2018, the Court entered an Order [Doc. 29], allowing Plaintiff forty-five (45) days to obtain new counsel. As previously stated, the undersigned is concerned whether this matter may proceed on the merits, given that Plaintiff is an unrepresented entity. *See* [*Id.*]. The instant Motion requests additional time to obtain counsel. In his Motion, Mr. Gibbs states that he has tried to contact Plaintiff's former counsel to no avail. Mr. Gibbs submits that he cannot obtain the file in this case because Plaintiff's former counsel's office is now closed. He explains his efforts in trying to obtain new counsel for Plaintiff but states that the inability to locate the case file has caused some delay. He further states that he had to relocate

his residence, which has caused some additional time delays in his personal schedule. Mr. Gibbs requests until August 31, 2018, to obtain counsel for Plaintiff.

Defendants object [Doc. 32], arguing that there is no reasonable explanation for Plaintiff's delay in obtaining new counsel. Defendants state that the Court should consider their Motion for Summary Judgment that was filed five months ago.

The Court has considered the parties' filings and finds Mr. Gibbs's request well taken, in part. Given the circumstances with Plaintiff's former counsel and Mr. Gibbs's difficulty in obtaining the case file, the Court will allow Plaintiff until **August 13, 2018**, to obtain counsel in this case. If Plaintiff retains counsel prior to this deadline, it shall inform the Court immediately. The Court will not grant another extension to obtain counsel, absent extraordinary circumstances. The parties are **ORDERED** to appear before the undersigned on **August 16, 2018, at 10:30 a.m.,** for a status conference. Accordingly, the Clerk of Court **SHALL** send this Order to the following addresses: 1209 Orange Street, Wilmington, Delaware, 19801 and 677 Black Diamond Road, Corbin, Kentucky 40701. In addition, the Court directs the Clerk to send the instant Order to Christopher Gibbs at the following email address: chris@theflmgroup.com.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge